# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED WOMEN'S HEALTH CENTER, ) ) Plaintiff, ) ) v. ) ) ANTHEM BLUE CROSS LIFE AND ) HEALTH INSURANCE COMPANY, ) ) Defendant. ) ) ) | Case No.: 1:13-cv-01145 AWI JLT  ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING  (Doc. 10) |

Before the Court is the second stipulation of the parties to extend time by which Defendant will file its responsive pleading. (Doc. 10) The first was filed on October 28, 2013 and set forth no real justification for the extension of time. (Doc. 8 at 2) Nevertheless, the Court granted the extension to allow Defendant until December 7, 2013, to file the pleading. (Doc. 9)

The current stipulation indicates the parties are in the process of exchanging information and working toward resolution of this matter. (Doc. 10 at 2) They don't explain why this cannot occur if the responsive pleading is filed, why they have been unable to complete the document exchange and substantive settlement discussions before now. Nevertheless, the Court will **GRANT** the stipulation. In doing so, the Court admonishes the parties to work diligently during this interval because no further extensions of time will be authorized.

///

1

Therefore, the Court **ORDERS**:

1. The stipulation to extend time for Defendant to file a responsive pleading is **GRANTED**:

2. Defendant SHALL file its responsive pleading no later than February 3, 2014;

3. The scheduling conference is reset to March 20, 2014 at 9:00 a.m.

**<u>Absolutely no further extenions of time to file the responsive pleading will be authorized.</u>**

IT IS SO ORDERED.

Dated:   **November 27, 2013**              /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE

2