# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED WOMEN'S HEALTH CENTER, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>       Defendant.<br>_____/ | 1:13-cv-01145-AWI-JLT<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On February 4, 2014, Defendant ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion was originally set for hearing on March 10, 2014. Plaintiff ADVANCED WOMEN'S HEALTH CENTER, INC. filed a motion to continue the hearing on March 21, 2014. Defendant stipulated and this Court ordered the hearing be continued until April 7, 2014 at 1:30 p.m.

Plaintiff filed an opposition to Defendant's motion to dismiss on March 24, 2014. Defendant filed a reply on March 31, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of April 7,

1

2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 3, 2014                                    _____
                                                                    SENIOR DISTRICT JUDGE

2